

## COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**TOM PRICE**
**PAUL WOMACK**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**CATHY COCHRAN**
**ELSA ALCALA**
 JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

Wednesday, October 22, 2014

DENNIS RICK JOHNSON
Robertson Unit - TDC # 1885618
12071 FM 3522
Abilene, TX 79601

**Re:** JOHNSON, DENNIS RICK
**CCA No.** WR-82,148-02                                    **COA No.** 02-13-00491-CR
**Trial Court Case No.** C-371-010202-1313690-B

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

cc:   2nd Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
District Attorney Tarrant County (DELIVERED VIA E-MAIL)
District Clerk Tarrant County